AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

Case #: **21-CI-00733**
Court: **CIRCUIT**
County: **SCOTT**

*Plantiff,* **SPEARS, RANDY VS. LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** *Defendant*

TO: **CSC-LAWYERS INCORPORATING SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

Memo: Related party is LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

The Commonwealth of Kentucky to Defendant:
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Tina Foster, Scott Circuit
Clerk
Date: **11/8/2021**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______ ______________________________
Served By

______________________________
Title

Summons ID: 402623527108731@00001018800
CIRCUIT: 21-CI-00733 Certified Mail
SPEARS, RANDY VS. LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

EXHIBIT
A



eFiled

COMMONWEALTH OF KENTUCKY
SCOTT CIRCUIT COURT
DIVISION _____
CIVIL ACTION NO. __________

RANDY SPEARS PLAINTIFF

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON DEFENDANT

**COMPLAINT**

The plaintiff, Randy Spears, for his Complaint against the Defendant, Lincoln Life Assurance Company of Boston, states as follows:

1. The plaintiff is an individual who at all times relevant to this action resided in Scott County and who is or was a participant in a long-term disability plan (the "Plan") sponsored by his employer, Toyota Motor Manufacturing, Kentucky, Inc., which operates a manufacturing facility in Scott County. The Plan is or was administered and funded through an insurance policy issued by Defendant, Lincoln Life Assurance Company of Boston ("Lincoln").

2. The Defendant, Lincoln, is a foreign company that is authorized to transact business in Kentucky, and it acts as plan administrator and/or fiduciary of the Plan. Lincoln is registered to transact business in Kentucky, either through itself or through The Lincoln National Life Insurance Company, and it may be served through its agent for service of process, CSC-Lawyers Incorporating Service Company, 421 West Main Street, Frankfort, KY 40601.

3. The plaintiff brings this action under ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), to recover benefits and to clarify his rights to future benefits under the Plan. This Court has subject matter jurisdiction over this action, and it may assert personal jurisdiction over

Lincoln because it undertook to insure an ERISA plan that affected participants living in Scott County, Kentucky.

**Claim for Relief**

4. The Plan provides for the payment of long-term disability benefits to Plan participants who become "disabled" as defined in the Plan.

5. The plaintiff became disabled as defined under the Plan on or about March 15, 2018, and he has remained continuously disabled since then. The Social Security Administration has found that the plaintiff has been disabled as defined under its rules since March 1, 2017.

6. Lincoln paid the plaintiff's claim for monthly benefits under the Plan from approximately September 13, 2018 until September 12, 2020. By letter dated August 29, 2020, Lincoln denied the plaintiff's claim for continued monthly benefits after that date. The plaintiff timely requested a review of the denial of the claim for benefit, by letter of February 20, 2021.

7. Lincoln denied this request for review by letter of May 12, 2021. The plaintiff has therefore exhausted his administrative remedies and has the right to file this action under 29 U.S.C. § 1132(A)(1)(b) and 29 CFR § 2560.503-1.

8. As a result of the foregoing, the plaintiff has suffered losses in the form of unpaid benefits of at least $551.24/month, net of "other income" in the amount of $2,393/month, beginning on or about September 13, 2020, and continuing for as long as he remains disabled under the Plan. As of the date of the service of this claim, the amount of his unpaid monthly benefits is $8,268.60, and approximately $62,650 (unreduced to present value) will remain owed to the plaintiff through May 4, 2031, assuming that he remains disabled.

9. Plaintiff is entitled to a judgment against Lincoln in the amount of the unpaid benefits under the Plan, as well as an order requiring it to pay benefits to him for as long as he remains

disabled under the Plan. The plaintiff is further entitled to prejudgment interest and an award of attorneys' fees under ERISA § 502(g) in an amount to be proven.

WHEREFORE, Plaintiff, Randy Spears, requests the Court grant him the following relief from Defendant, Lincoln Life Assurance Company of Boston:

(a) a judgment in the amount of all his past-due benefits under the Plan;

(b) an order requiring the defendant and/or the Plan to pay him benefits for as long as he remains disabled;

(c) his costs and attorney's fees under ERISA § 502(g), and

(d) all other relief to which he is entitled, including a *de novo* review of the decision to deny the claim.

*/s/ E. Douglas Richards*
E. Douglas Richards
E. Douglas Richards, PSC
Chevy Chase Plaza
836 Euclid Avenue, Suite 321
Lexington, KY 40502
859-259-4983
edr@richardslawky.com
Counsel for Plaintiff, Randy Spears

| | | |
|---|---|---|
| AOC-105 Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. ______<br>Court ☐ Circuit ☐ District<br>County Scott |

**PLAINTIFF**

Randy Spears

**VS.**

**DEFENDANT**

Lincoln Life Assurance Company of Boston

**Service of Process Agent for Defendant:**

CSC - Lawyers Incorpotating Service Company

421 West Main Street

Frankfort Kentucky 40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ____________________, 2______ ______________________________ Clerk

By: ______________________________ D.C.

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

______________________________________________

this _____ day of ________________, 2______.

Served by: ______________________________

______________________________ Title

# KCOJ eFiling Cover Sheet

Case Number: 21-CI-00733

Envelope Number: 4026235

Package Retrieval Number: 402623527108731@00001018800

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 13.33

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Tina Foster, Scott Circuit Clerk
119 N. Hamilton Street
Georgetown, KY 40324-1784

USPS CERTIFIED MAIL

9236 0901 9403 8358 6057 64

Restricted Delivery

CSC-LAWYERS INCORPORATING SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601