# RULE 83.1 OF THE JOINT LOCAL RULES FOR THE EASTERN AND WESTERN DISTRICTS OF KENTUCKY

**Attorney Admission to Practice**

(a) **Applicant Eligibility.** An attorney may apply for admission to the Bar of the Court if:

(1) The attorney has been admitted to practice before the Supreme Court of Kentucky;

(2) The attorney is in good standing with the Supreme Court of Kentucky; and

(3) The attorney is of good moral and professional character.

(b) **Admission Procedure.** An applicant must provide the Clerk with the following:

(1) an Application for Admission;

(2) an Authorization and Release;

(3) an affidavit of sponsorship signed by a member of the bar; and

(4) the prescribed fee[1]; and

(5) a statement identifying the method of training completed before use of the Court's electronic filing system.

(c) **Admission.** After the Court grants the attorney's application, the applicant may be admitted by mail or by appointment in open court.

(1) **Admission by Mail.** Upon request, the Clerk will promptly mail a Certificate of Admission to the applicant.

(2) **Admission in Open Court**. Upon request, the Clerk will arrange for a hearing at which time the sponsor will move to admit the applicant. The presiding judge will administer the attorney's oath or affirmation in open court.

---

[1] Effective December 1, 2020, the prescribed fee is $188.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

The Application of:

______________________________
(Name to Appear on Certificate)

______________________________
(Mailing Address to Send Certificate)

______________________________

for Admission to Practice in this Court.

I hereby apply for admission to practice before the United States District Court for the Eastern District of Kentucky. I ask that my application and accompanying motion be considered and acted upon by any District Judge.

I represent that I am an attorney of good moral and professional character and eligible for admission to the Bar of this Court. I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course ☐on-line tutorial ☐ authorized class room training or ☐ other method (Please explain:

______________________________________________________________

______________________________________________________________).

I have been admitted to practice before the following courts (Please include bar membership numbers):

______________________________________________________________

______________________________________________________________

______________________________________________________________

I am a member in good standing in the bar of the above courts. I have not have been disbarred, suspended, or disciplined in any fashion from practice in any court or any bar association in any jurisdiction. (If there is any exception, check here ☐ and attach a detailed explanation together with copies of any opinions, order or letters of discipline.)

I was born on ____________________ at ______________________________

If not a citizen of the United States by birth, check here ☐and state date and place of naturalization:

______________________________________________________________

Other Information :

Home Address:

______________________________

______________________________

Home Telephone No.____________________

Office Address:

______________________________

______________________________

______________________________

Office Telephone No.____________________

State of ) ______________________________
)
County of )______________________________

I, ________________________________, do solemnly swear that I will demean myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States. I do further swear that the statements in the foregoing application are true.

______________________________
(Signature of Applicant)

Subscribed and sworn to before me this ______day of ______________________, 2______.

Notary Public ______________________________
(Signature of Notary Public)

State at Large My commission expires: ______________________________

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

## AFFIDAVIT OF SPONSOR

The undersigned attorney, ______________________, being duly sworn, deposes and says:

1. I was duly admitted to practice before the United States District Court for the Eastern District of Kentucky on ______________________.
Sponsor's Date of Admission to Eastern District of Kentucky

2. This affidavit is submitted in support of the application of ______________________
Name of Applicant
for admission to the Bar of the United States District Court for the Eastern District of Kentucky.

3. I have read the application and believe the statements therein to be true and correct.

4. I have known the applicant since ________ and my opinion of the applicant's, character,
Approximate Year
reputation and competency is: ______________________________________________
______________________________________________________________________.

5. I vouch for the personal and professional integrity of applicant.

Date: __________________

______________________________
(Sponsor's Signature)

______________________________
(Office Address 1)

______________________________
(Office Address2)

State of ______________________ )
)
County of ____________________ )

Subscribed and sworn to before me this _________ day of _______________, 20__ .

My commission expires: __________________

______________________________
Notary Public, State at Large

---

## MOTION BY SPONSOR FOR ADMISSION BY MAIL
(To be completed only when admission by mail is sought)

Comes the undersigned as sponsor for the above-named applicant who requests to be admitted to practice before this Court by mail rather than an appearance in open Court, and moves that applicant be admitted as an attorney and counselor of this Court.

Date: __________________

______________________________
(Sponsor's Signature)

Form 419B-EDKy

# United States District Court
## EASTERN DISTRICT OF KENTUCKY

---

RE: APPLICATION FOR ADMISSION — AUTHORIZATION AND RELEASE

I, ______________________________________________, whose Social Security Number is

______________________, having filed an application for admission to the Bar of this Court consent to have an investigation made as to my moral character, professional reputation and fitness for the practice of law and such information as may be received, reported to the admitting authority. I agree to give any further information which may be required in reference to my past record.

I also authorize and request, every person, firm, company, corporation, governmental agency, court, association or institution having control of any documents, records and other information pertaining to me, to furnish to the Clerk, United States District Court for the Eastern District of Kentucky any such information, including documents, records, bar association files regarding charges or complaints filed against me, formal or informal, pending or closed, or any other pertinent data, and to permit the said Clerk to inspect and make copies of such documents, records, and other information.

I hereby release and discharge, the state admission agency of the state(s) of my admission, its agents and representatives, and any person so furnishing information from any and all liability of every nature and kind arising out of the furnishing or inspection of such documents, records, and other information to or by the said Clerk.

I have read the foregoing document and have furnished all information fully and frankly. The information is complete and true of my own knowledge.

______________________________________________

(Signature of Applicant)

Subscribed and sworn to before me this ________ day of _________________, 20_____.

______________________________________________

______________________________________________

## RULE 83.2 OF THE JOINT LOCAL RULES FOR THE EASTERN AND WESTERN DISTRICTS OF KENTUCKY

**Permission to Practice in a Particular Case***

(a) **Procedure.** An attorney who has not been admitted to the Bar of the Court – but who is in good standing in the Bar of any state, territory, or the District of Columbia – may represent parties before the Court if the attorney has paid the prescribed *pro hac vice* admission fee to the Clerk of the Court and been granted leave by the Court to appear *pro hac vice* in a particular case. A separate motion for each attorney requesting *pro hac vice* admission must include the following information:

(1) *Admission Status.* The motion must identify each Bar in which the attorney is a member and attach a certificate of good standing issued by the highest court of the state, territory, or the District of Columbia in which the attorney is a resident. The certificate of good standing must be issued no more than ninety (90) days before the filing of the motion.

(2) *Disciplinary History.* The motion must disclose whether the attorney is currently or has ever been disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory, or the District of Columbia.

(3) *Consent to Jurisdiction.* The motion must include a statement indicating that the attorney consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

(4) *ECF Training.* The motion must identify the method of training completed by the attorney before use of the Court's electronic filing system.

(b) The Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, need not seek admission *pro hac vice* under this rule.

(c) **Sanctions.** Nothing in this rule detracts from the Court's power to sanction unprofessional conduct.

*The Attorney General or any other officer of the Department of Justice need not seek admission pro hac vice under this rule. See 28 U.S.C. § 515(a).

---

Effective January 21, 2016, the prescribed fee is $125.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

# ELECTRONIC FILING ATTORNEY REGISTRATION FORM

This form is used to register for an account on the Eastern District of Kentucky Electronic Filing System (the system). Registered attorneys will have privileges to electronically submit documents and to view the electronic docket sheets and documents. By registering, attorneys permit electronic service of all documents through the court's transmission facilities in accordance with the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the joint local rules of this Court. The following information is required for registration (please type):

Last Name | First Name

Middle Name | Generation

Last four digits of Social Security Number (for security purposes)

KY or other State Bar Number

Firm Name | Street Address

Suite No. | P.O. Box

City & State | Zip Code

Telephone | Fax

Primary Email Address

---

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the Eastern District of Kentucky pursuant to Joint Local Rules.

Are you admitted to practice in this Court? ◯ Yes ◯ No

If admitted pro hac vice give case number in which pro hac vice status was granted: ___________________________

---

By signing this form, you will certify that you have read and are familiar with the rules of practice and the administrative procedures guide governing electronic filing, which may be found at http://www.kyed.uscourts.gov and that you have a PACER account. Visit the PACER web site at http://pacer.psc.uscourts.gov to establish a PACER account.

Please verify your method of training: ☐ web page tutorial; ☐ to be provided by EDKY court personnel; ☐ provided by an in-house certified trainer; ☐ court training in other court: ______________________ (Other Court)

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system.

The combination of user ID and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the Court if they learn that their password has been compromised.

_________________________________ Signature of Registrant

_________________________ Date

**Return this completed registration form via hand delivery to any Clerk's office in the Eastern District of Kentucky or via U. S. Mail to:**

United States District Court
Attention: Electronic Filing System Registration
101 Barr Street
Lexington, KY 40507

Your login and password to access the system will be e-mailed to you at a time that the Court determines to be appropriate. Information regarding training offered by court personnel for you and/or your designee, web site tutorials, and other information important to you prior to becoming a Filing User are available for downloading when you access the system via the Internet.

If you have any questions concerning the registration process or the use of the electronic filing system,

you may contact the Electronic Filing Help Desk in the Clerk's Office at 1-866-485-6349.