***Electronically Filed***
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 5:21-cv-00294-DCR

RANDY SPEARS PLAINTIFF

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY DEFENDANT

**AMENDED COMPLAINT**

The plaintiff, Randy Spears, for his Amended Complaint against the Defendant, The Lincoln National Life Insurance Company, states as follows:

1. The plaintiff is an individual who at all times relevant to this action resided in Scott County and who is or was a participant in a long-term disability plan (the "Plan") sponsored by his employer, Toyota Motor Manufacturing, Kentucky, Inc., which operates a manufacturing facility in Scott County. The Plan is or was administered and funded through an insurance policy issued by Defendant, The Lincoln National Life Insurance Company ("Lincoln").

2. The Defendant, Lincoln, is a foreign company that is authorized to transact business in Kentucky, and it acts as plan administrator and/or fiduciary of the Plan. Lincoln is registered to transact business in Kentucky, and it may be served through its agent for service of process, CSC-Lawyers Incorporating Service Company, 421 West Main Street, Frankfort, KY 40601.

3. The plaintiff brings this action under ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), to recover benefits and to clarify his rights to future benefits under the Plan. This Court has subject matter jurisdiction over this action, and it may assert personal jurisdiction over

Lincoln because it undertook to insure an ERISA plan that affected participants living in Scott County, Kentucky.

**Claim for Relief**

4. The Plan provides for the payment of long-term disability benefits to Plan participants who become "disabled" as defined in the Plan.

5. The plaintiff became disabled as defined under the Plan on or about March 15, 2018, and he has remained continuously disabled since then. The Social Security Administration has found that the plaintiff has been disabled as defined under its rules since March 1, 2017.

6. Lincoln paid the plaintiff's claim for monthly benefits under the Plan from approximately September 13, 2018 until September 12, 2020. By letter dated August 29, 2020, Lincoln denied the plaintiff's claim for continued monthly benefits after that date. The plaintiff timely requested a review of the denial of the claim for benefit, by letter of February 20, 2021.

7. Lincoln denied this request for review by letter of May 12, 2021. The plaintiff has therefore exhausted his administrative remedies and has the right to file this action under 29 U.S.C. § 1132(A)(1)(b) and 29 CFR § 2560.503-1.

8. As a result of the foregoing, the plaintiff has suffered losses in the form of unpaid benefits of at least $551.24/month, net of "other income" in the amount of $2,393/month, beginning on or about September 13, 2020, and continuing for as long as he remains disabled under the Plan. As of the date of the service of this claim, the amount of his unpaid monthly benefits is $8,268.60, and approximately $62,650 (unreduced to present value) will remain owed to the plaintiff through May 4, 2031, assuming that he remains disabled.

9. Plaintiff is entitled to a judgment against Lincoln in the amount of the unpaid benefits under the Plan, as well as an order requiring it to pay benefits to him for as long as he remains

disabled under the Plan. The plaintiff is further entitled to prejudgment interest and an award of attorneys' fees under ERISA § 502(g) in an amount to be proven.

WHEREFORE, Plaintiff, Randy Spears, requests the Court grant him the following relief from Defendant, The Lincoln National Life Insurance Company:

(a) a judgment in the amount of all his past-due benefits under the Plan;

(b) an order requiring the defendant and/or the Plan to pay him benefits for as long as he remains disabled;

(c) his costs and attorney's fees under ERISA § 502(g), and

(d) all other relief to which he is entitled, including a *de novo* review of the decision to deny the claim.

*__/s/ E. Douglas Richards__*
E. Douglas Richards
E. Douglas Richards, PSC
Chevy Chase Plaza
836 Euclid Avenue, Suite 321
Lexington, KY 40502
859-259-4983
edr@richardslawky.com
Counsel for Plaintiff, Randy Spears

**Certificate of Service**

I hereby certify that on November 29, 2021, the foregoing was served via the CM/ECF electronic filing system upon the following:

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
iwana@rademaekerslaw.com
Counsel for Defendant

*__s/ E. Douglas Richards__*
Counsel for Plaintiff