UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| RANDY SPEARS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 21-294-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,[1] | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Attorney Iwana Rademaekers has filed a motion to appear *pro hac vice* on behalf of the defendant. [Record No. 5] Having reviewed the motion and finding that the requirements of Local Rule 83.2 are satisfied, it is hereby

**ORDERED** that attorney Iwana Rademaekers' motion to appear *pro hac vice* [Record No. 5] is **GRANTED**.

Dated: November 29, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

[1] The Complaint names Lincoln Life Assurance Company of Boston as the defendant in this action [Record No. 1-1] but the Notice of Removal [Record No. 1] and the pending motion [Record No. 5] clarify that The Lincoln National Life Insurance Company is the proper defendant.