UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| RANDY SPEARS,<br><br>Plaintiff,<br><br>V.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | Civil Action No. 5: 21-294-DCR<br><br>**ORDER FOR MEETING AND REPORT** |

*** *** *** ***

The Court being sufficiently advised, it is hereby

**ORDERED** as follows:

1. Within 30 days counsel for the parties shall conduct the meeting required by Rule 26(f) to discuss the possibilities for a prompt settlement or resolution of the case and to develop a proposed discovery plan.

2. At the time of the meeting, counsel shall exchange the disclosures required by Rule 26(a)(1) and, in the future, shall make supplemental disclosures when required by Rule 26(e).

3. No later than 10 days after the meeting, counsel shall file a written joint report outlining the proposed discovery plan. The parties should contemplate a trial date within 12 months or less. The report shall include the following information:

(a) the parties' views and proposals as required by Rule 26(f);

(b) the length of time counsel reasonably believe will be necessary to join other

parties and to amend the pleadings;

(c) the length of time counsel reasonably believe will be necessary to file motions;

(d) the length of time counsel reasonably believe will be necessary to complete all pretrial discovery, including expert witness discovery;

(e) the length of time counsel reasonably believe will be necessary to make the expert disclosures required by Rule 26(a)(2), with these disclosures to be made during the pretrial discovery phase of the case;

(f) the probable length of trial and whether jury issues will be presented;

(g) dates that are mutually convenient to assign this case for trial;

(h) whether the parties desire a scheduling conference before entry of a scheduling order; and

(i) whether the parties consent to the jurisdiction of a magistrate judge for all further proceedings, including trial, pursuant to 28 U.S.C. § 636(c). Consent forms are attached to this order and forms signed by the parties and counsel should be filed no later than the date the joint status report is due. If all parties consent, the Clerk of Court shall re-assign this matter to an appropriate Magistrate Judge without the necessity of further orders of the Court. L.R. 73.1(c).

Dated: December 13, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky