***Electronically Filed***
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 5:21-cv-00294-DCR

RANDY SPEARS PLAINTIFF

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY DEFENDANT

**PLAINTIFF'S ANSWER TO COUNTERCLAIM**

Plaintiff, Randy Spears, for his Answer to the Counterclaim (the "Counterclaim") filed by Defendant The Lincoln National Life Insurance Company ("Lincoln"), states as follows:

1. The Plaintiff admits so much of the Counterclaim that alleges that he was awarded retroactive disability benefits ("SSDI benefits") from the Social Security Administration, and that the Plan document in question provides for the right for Lincoln in certain circumstances to recoup an amount from the Plaintiff that would result as a result of his receipt of the retroactive SSDI benefits. The Plaintiff denies the allegations that he is obligated to or specifically agreed to reimburse Lincoln for the full amount of the retroactive SSDI benefits. The Plaintiff further denies that he has breached any contract with Lincoln as to the aforementioned reimbursement, that he has failed or refused to make such reimbursement under the terms of the Plan, or that he has been unjustly enriched in any manner from his dealings with Lincoln, and in fact states that he recognized his reimbursement obligation and attempted to negotiate a full resolution with Lincoln of both the amounts due Lincoln and the amounts due him from Lincoln, as alleged in the Amended Complaint. The Plaintiff further denies that Lincoln has any right to a constructive trust over the retroactive SSDI benefits that he received,

and that Lincoln is not entitled to receive attorney's fees from the Plaintiff for any reason, including under 29 U.S.C. § 1132(g). The Plaintiff further denies any allegation in the Counterclaim that is not specifically denied herein.

WHEREFORE, the Plaintiffs, Randy Spears, requests that the Counterclaim be dismissed and that he be entitled to the relief that he requested in his Amended Complaint.

*/s/ E. Douglas Richards*
E. Douglas Richards
E. Douglas Richards, PSC
Chevy Chase Plaza
836 Euclid Avenue, Suite 321
Lexington, KY 40502
859-259-4983
edr@richardslawky.com
Counsel for Plaintiff, Randy Spears

**Certificate of Service**

I hereby certify that on January 17, 2022, the foregoing was served via the CM/ECF electronic filing system upon the following:

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
iwana@rademaekerslaw.com
Counsel for Defendant

*s/ E. Douglas Richards*
Counsel for Plaintiff