UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| RANDY SPEARS,<br><br>Plaintiff,<br><br>V.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 5: 21-294-DCR<br><br>**SCHEDULING ORDER** |

*** *** *** ***

Having reviewed the parties' joint report filed January 24, 2022 [Record No. 11], it is hereby

**ORDERED** as follows:

1. The defendant shall file the administrative record and relevant plan documents with the Court on or before **February 4, 2022**. The Court construes the request to file the administrative record as a motion to file the administrative record under seal and **GRANTS** the request. Should the plaintiff have objections to the content of the administrative record filed with the Court, such objections shall be filed on or before **February 18, 2022**.

2. No later than **March 4, 2022**, the parties shall file any motion to amend pleadings and/or join additional parties.

3. Should the plaintiff seek to take discovery as may be allowed in ERISA actions, the plaintiff shall serve such proposed discovery on or before **March 4, 2022**.

4. The defendant shall: (i) respond to the proposed discovery or (ii) notify the plaintiff in writing that the plaintiff is not entitled to conduct the proposed discovery, or that all or a portion of the proposed discovery is outside the bounds of discovery permitted in a claim seeking the recovery of an ERISA benefit by no later than **April 1, 2022**.

5. Should the parties be unable to agree regarding any proposed discovery, the plaintiff shall file any motion concerning the proposed discovery no later than **April 8, 2022**.

6. On or before **February 25, 2022**, the parties shall either (a) stipulate to the standard of review applicable to this action or (b) submit memoranda of points and authorities regarding the standard of review applicable to this action. These memoranda shall not exceed eight (8) pages.

7. The parties shall file motions for judgment, together with supporting memoranda, on or before **May 15, 2022**, or if any motions concerning discovery remain pending with the Court at that date, within **sixty (60) days** after the resolution of discovery motions and the close of discovery.

8. Responses are due no later than **thirty (30) days** after the parties file motions for judgment.

9. Reply briefs are due no later than **fifteen (15) days** after the parties file response briefs.

10. If the parties believe that oral argument would assist the Court in resolving any of the issues, a request may be made through one of the briefs, or by separate motion.

Dated: January 25, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky