**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **RANDY SPEARS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 5:21cv00294-DCR** |

**<u>JOINT STATEMENT REGARDING STANDARD OF REVIEW</u>**

Plaintiff Randy Spears, and Defendant, The Lincoln National Life Insurance Company, by and through counsel, hereby stipulate that the arbitrary and capricious standard of review applies to this ERISA benefits case.

Respectfully submitted this 2nd day of March 2022.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT

**AND**

By: /s/ E. Douglas Richards

E. Douglas Richards
E. Douglas Richards, PSC
Chevy Chase Plaza
836 Euclid Avenue, Suite 321
Lexington, KY 40502
Telephone: (859) 259-4983
Email: edr@richardslawky.com

COUNSEL FOR PLAINTIFF