UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| RANDY SPEARS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 21-294-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

The parties have filed a joint notice indicating that they "have settled all matters in dispute in this action." [Record No. 15] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. All deadlines previously set in this matter are **VACATED**.

2. The parties are directed to tender a proposed agreed order of dismissal with prejudice within **thirty days**. Failure to submit a timely proposed agreed order of dismissal with prejudice will result in the reinstatement of all deadlines.

Dated: May 5, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky