**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **RANDY SPEARS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 5:21cv00294-DCR** |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Randy Spears and Defendant The Lincoln National Life Insurance Company, having resolved all issues between them and having agreed to the terms of this Agreed Order, and the Court being otherwise duly and sufficiently advised, it is ORDERED and ADJUDGED that this action should be and hereby is dismissed with prejudice, with all costs taxed against the party that incurred them.

Dated:

______________________________
Judge, United States District Court

Agreed:

By: /s/ E. Douglas Richards
E. Douglas Richards
E. Douglas Richards, PSC
Chevy Chase Plaza
836 Euclid Avenue, Suite 321
Lexington, KY 40502
Telephone: (859) 259-4983
Email: edr@richardslawky.com

COUNSEL FOR PLAINTIFF

**AND**

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
[signed per agreement]
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT