UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| RANDY SPEARS,<br><br>Plaintiff,<br><br>V.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | Civil Action No. 5: 21-294-DCR<br><br>**ORDER** |

*** *** *** ***

The parties having tendered a proposed Agreed Order of Dismissal with Prejudice [Record No. 17] and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' construed motion to dismiss [Record No. 17] is **GRANTED**.

2. This action is **DISMISSED** and **STRICKEN** from the docket, with the parties to bear their respective costs and expenses.

Dated: June 6, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky